

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jerry Don Whatley, Appellant

No. 06-12-00117-CR      v.

The State of Texas, Appellee

Appeal from the 294th District Court of Van Zandt County, Texas (Tr. Ct. No. CR05-00442). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the order that Whatley pay $3,249.00 in attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jerry Don Whatley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk